# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JUSTIN CHARLES ENGLE                             PLAINTIFF

v.                CASE NO. 4:19-CV-00014 BSM

POPE COUNTY DETENTION CENTER, et al.           DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc. No. 8] are adopted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE